RIVERDALE HOUSEBUILDERS, INC., V. FAIRFIELD GARDENS, INC., and Others. THEODORE BADMAN, Receiver, Respondent.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM T. P. HOLLINGS-WORTH V. THE WARDEN OF THE CITY PRISON OF THE CITY OF NEW YORK, THE PEOPLE OF THE STATE OF NEW YORK. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT L. KESTER, JR., V. THE WARDEN OF THE CITY PRISON OF THE CITY OF NEW YORK, THE PEOPLE OF THE STATE OF NEW YORK.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET ANN HAWKER V. FRANK J. TYLER, Individually and as Trustee, etc., of BENJAMIN HAWKER, Deceased, and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants pay ten dollars costs to the respondent and serve a proper proposed case within ten days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS KOMMEL and Another V. CANADIAN SAWDUST CO., LTD., a Foreign Corporation.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HOWARD ERIC and Another V. CHESTER A. GUMPERT.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER W. SMITH V. BENJAMIN NANNEN.— Motion granted upon condition that an undertaking in the sum of $2,000 be furnished by the defendant. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARNOLD R. HANSON and Another, Individually and as Copartners, etc., V. NATIONAL SURETY COMPANY.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Voluntary Dissolution of LINCOLN-MAJESTIC COAT & APRON SUPPLY CO., INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLARD A. WALSH, on Behalf of Himself, etc., V. WILLIAM T. HAEBLER and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MARY MERGL, Individually and as General Guardian of the Persons and Estates of CHARLES BECK and Others, for Payment of the Award Made for Damage Parcel No. 5 in the Final Decree in the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated on Bogart and Radcliffe Avenues, South of Rhinelander Avenue, in the Borough of The Bronx, City of New York, for School Purposes, etc.— Motion granted. Settle order on notice to the corporation counsel. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN FRANCIS DINGEE and Others V. SID BLAKE and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN C. WATSON and Another V. CHARLES L. FRASER.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ETTORE SACCHI and Another V. SALVATORE D'ALESSANDRO and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.